# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| ALANE JOY LEE, )<br>)<br>        **Plaintiff,** )<br>        v. )<br>)<br>PAUL LEPAGE, Governor of the State )<br>Of Maine, et al., )<br>)<br>        **Defendants** ) | No.  2:16-cv-97-GZS |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 4) filed June 10, 2016, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's Complaint (ECF No. 1) is **DISMISSED** under 28 U.S.C. §1915(e)(2)(B) for failure to state a claim upon which relief can be granted.

        /s/ George Z. Singal
        United States District Judge

Dated this 7th day of July, 2016.